**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RHONDA JEAN LONG**                                                                                    **PLAINTIFF**

V.                              **CASE NO.: 3:09CV00163 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                      **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #18).  In her motion, Plaintiff requests fees in the amount of $5,542.74 and expenses in the amount of $79.71.  The Commissioner does not object to the amount requested (#19).  Accordingly, Plaintiff's motion (#18) is GRANTED, and Plaintiff is awarded $5,622.45 in fees and expenses.

In her motion, Plaintiff states that she has assigned any attorney fees and costs awarded under the EAJA to her attorney, Robert Young.  See *Astrue v. Ratliff*, __ U.S. __, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).  She asks the Court to send payment of any EAJA fees and costs awarded, "once any allowed debt, if any, is offset," directly to her counsel.  (#18)  The Commissioner does not object to this request.  (#19)

Accordingly, the Court will honor the Plaintiff's assignment to the extent she does not owe any debts subject to administrative offset under the Treasury Department's Offset

Program ("TOP").  The Commissioner should contact the Treasury Department to determine whether Plaintiff owes any debt, as of the date of this order.  If she owes any debt under the TOP, the Commissioner shall pay the EAJA award to Plaintiff, deducting any offset owed under the TOP.  If Plaintiff does not owe a debt under the TOP, however, the Commissioner will make the EAJA award check payable directly to Plaintiff's attorney, Robert P. Young, and mail it to Mr. Young.

     IT IS SO ORDERED this 8th day of February, 2011.

                                                                                     _____
                                                  UNITED STATES MAGISTRATE JUDGE